U.S. Bankruptcy Court  
200 Jefferson Avenue, Suite 413  
Memphis, TN 38103  
Telephone: (901) 328–3500  

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF TENNESSEE**

NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 7  
OF THE BANKRUPTCY CODE,  
MEETING OF CREDITORS, AND FIXING OF DATES  
(Corporation/Partnership No Asset Case)

**Case Number:**    14–24336  jdl  
Date Filed (or Converted):  4/24/14  

**In re** *(NAME OF DEBTOR)*  
**Leader Five Star Homes, LLC ,  26–3746705**

ADDRESS OF DEBTOR(s):  
7480 Bakers Glenn Rd.  
Cordova, TN 38018  

NAME/ADDRESS OF TRUSTEE  
Edward L. Montedonico  
200 Jefferson, Suite 201  
Memphis, TN 38103  
Telephone Number:  (901) 521–9390  

NAME/ADDRESS OF ATTORNEY FOR DEBTOR  
Eugene G. Douglass  
2820 Summer Oaks Drive  
Bartlett, TN 38134  
Telephone Number:  (901) 388–5804  

**DATE/TIME/LOCATION OF MEETING OF CREDITORS**

May 28, 2014   12:00 PM  
200 Jefferson Ave, Room 175, Memphis, TN 38103  

☒ Corporation     ☐ Partnership

AT THIS TIME THERE APPEAR TO BE NO ASSETS AVAILABLE FROM WHICH PAYMENT MAY BE MADE TO UNSECURED CREDITORS.

**DO NOT FILE A PROOF OF CLAIM UNLESS YOU RECEIVE A COURT NOTICE TO DO SO.**

**FAILURE OF THE DEBTOR OR THE ATTORNEY FOR THE DEBTOR TO APPEAR AT THE SECTION 341(a) MEETING OF CREDITORS OR FAILURE TO FILE THE SCHEDULES AND STATEMENT OF AFFAIRS WITHIN 14 DAYS AFTER THE ENTRY OF THE ORDER FOR RELIEF MAY RESULT IN A DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.**

For the Court:   Jed G. Weintraub                                                          4/25/14  
                 Clerk of the Bankrupcty Court                                              Date  

**(SEE REVERSE SIDE)**

NOTICE IS FURTHER GIVEN THAT:

COMMENCEMENT OF CASE. A petition for liquidation under chapter 7 of the Bankruptcy Code ("Code") has been filed in this court by or against the debtor named on the reverse side, and an order for relief has been entered. You will not receive notice of all documents filed in this case. All documents filed with the court, including lists of the debtor's property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom the debtor owes money or property. Under the federal bankruptcy laws, the debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting the debtor to demand repayment, taking action against the debtor to collect money owed to creditors or to take property of the debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the court may penalize that creditor. A creditor who is considering taking action against the debtor or the property of the debtor should review Sec. 362 of the Code and may wish to seek legal advice. If the debtor is a partnership, remedies otherwise available against general partners are not necessarily affected by the commencement of this partnership case. The staff of the clerk of the bankruptcy court is not permitted to give legal advice.

MEETING OF CREDITORS. The debtor's representative, as specified in Fed. R. Bankr. P. 9001(a)(5), is required to appear at the meeting of creditors on the date and at the place set forth on the reverse side for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may elect a trustee other than the one named on the reverse side, elect a committee of creditors, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by oral notice at the meeting, without further written notice to creditors and other parties in interest.

LIQUIDATION OF THE DEBTOR'S PROPERTY. The Bankruptcy Trustee ("Trustee") will collect the debtor's property, if any, and turn it into money. If the trustee can collect enough money and property from the debtor, creditors may be paid some or all of the debts owed to them.

NOTICE OF ABANDONMENT. This will also serve notice that at the scheduled meeting on the reverse side, the Trustee may announce which properties the trustee plans to abandon. An objection to the Trustee's action may be filed within 14 days after the meeting of creditors.

**(SEE REVERSE SIDE)**

**[7moccorpna]** [Chapter 7 Meeting of Creditors – 1/24/03]

United States Bankruptcy Court
Western District of Tennessee

In re:                                                                                    Case No. 14-24336-jdl
Leader Five Star Homes, LLC                                                               Chapter 7
       Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0651-2          User: cindy                  Page 1 of 3                    Date Rcvd: Apr 25, 2014
                              Form ID: 7moccpna            Total Noticed: 109

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2014.
```
db          +Leader Five Star Homes, LLC,   7480 Bakers Glenn Rd.,   Cordova, TN 38018-8227
31441674    +A & H Iron Works,   1175 Big Orange,   Cordova, TN 38018-6565
31441675    +ABC Supply Co.,   2900 Airways Blvd.,   Memphis, TN 38132-1105
31441683    +ATA Trinity Place TN, LLC,   625 West Crossville Rd., Suite 216,   Roswell, GA 30075-7515
31441676    +Acme Brick,   9400 Macon Rd.,   Cordova, TN 38016-6548
31441677    +Albert Cook Plumbing, Inc.,   2101 Central Avenue,   Memphis, TN 38104-5443
31441678    +All Major Appliance Service,   2167 Stateline Rd.,   Southaven, MS 38671-1222
31441679    +All Seasons Landscape,   570 Burrow Cementary Rd.,   Arlington, TN 38002-9450
31441680     Ally,   Processing Center,   PO Box 380904,   Minneapolis, MN 55438-0904
31441681    +American Materials, LLC,   3520 Sky Harbor Cove,   Memphis, TN 38118-5999
31441682    +American Wal-board,   3520 Sky Harbor Cove,   Memphis, TN 38118-5999
31441684     Atmos Energy,   PO Box 790311,   Saint Louis, MO 63179-0311
31441685    +B & W Air, Inc.,   5521 United Drive,   Memphis, TN 38118-7914
31441686     B & W Engineering Laboratories, Inc.,   PO Box 341091,   Memphis, TN 38184-1091
31441688    +Banks Electric Co.,   399 Distribution Pkwy.,   Collierville, TN 38017-3924
31441689    +Billy Pegg, Inc. dba,   Memphis Stone & Stucco,   c/o Elizabeth B. Stengel,
              1000 Ridgeway Loop, Suite 200,   Memphis, TN 38120-4036
31441690    +Bobby Bullard,   67 County Road 5250,   Booneville, MS 38829-6929
31441691     Boral Bricks, Inc.,   PO Box 905966,   Charlotte, NC 28290-5966
31441693    +Brighton Bank,   6489 Quail Hollow, Suite 106,   Memphis, TN 38120-1305
31441692    +Brighton Bank,   Attn: Richard Collins,   6489 Quail Hollow, Suite 106,   Memphis, TN 38120-1305
31441694     Builder Services Group,   dba Quality Insulation c/o,   Vic L. McConnell, Esq.,
              424 Church Street, 1200 Suntrust Center,   Nashville, TN 37219
31441695     Builder Services Group dba Quality Ins.,   260 Jimmy Ann Drive,   Daytona Beach, FL 32114-1318
31441696     Builders Mutual Insurance,   PO Box 900027,   Raleigh, NC 27675-9027
31441710    +CTD Painting, LLC,   1831 Hwy 301,   Lake Cormorant, MS 38641-9768
31441697     Camco Roofing Supplies,   PO Box 34548,   Memphis, TN 38184-0548
31441698    +Campbell Surveying,   1023 South Yates Rd., Suite 201,   Memphis, TN 38119-3707
31441699    +Castle Millworks, Inc.,   150 Woodchuck Lane,   Counce, TN 38326-8210
31441700     Central Woodwork,   PO Box 1819,   Memphis, TN 38101-1819
31441702    +Chandlers Lawn Service,   4091 Sandridge Rd. Ext.,   Olive Branch, MS 38654-6839
31441703    +ChemDry of Shelby County,   3098 Clubview Cove S.,   Arlington, TN 38002-4273
31441704    +Clean Sweep,   5231 Hwy. 7 North,   Holly Springs, MS 38635-9531
31441706    +Community Bank,   Attn: Ford Moore,   6910 Airways Blvd.,   Southaven, MS 38671-6199
31441707     Constellation Homebuilders,   PO Box 1070,   Charlotte, NC 28201-1070
31441708    +Contractors Supply Plus,   PO Box 2045,   Olive Branch, MS 38654-2209
31441711    +Dabney Nursery,   5576 Hacks Cross Rd.,   Memphis, TN 38125-4201
31441713    +DeSoto County Bank,   5740 Getwell Rd.,   Bldg. 13, Suite D,   Southaven, MS 38672-7361
31441712     Deborah Clark,   5050 Rain Tree Mist,   Arlington, TN 38002
31441714    +Don Bowden, Sr.,   7480 Baker's Glenn,   Cordova, TN 38018-8227
31441719    +EX Squared Solutions, Inc.,   11900 RR 620 N,   Austin, TX 78750-1345
31441715    +Ebox,   10636 Shelton Road,   Collierville, TN 38017-3271
31441716     Electric Works,   Attn: Michael Otto,   172 Dancy, Suite B,   Horn Lake, MS 38637
31441717    +Elizabeth B. Stengel, Esq.,   1000 Ridgeway Loop Rd., Suite 200,   Memphis, TN 38120-4036
31441720    +F & H Stone, Inc.,   235 Cumberland Street,   Memphis, TN 38112-3302
31441721    +Financial Federal Bank,   6305 Humphreys Blvd., Suite 100,   Memphis, TN 38120-2375
31441722    +Gardo Design Group, LLC,   Attn: Gary Gardo,   7990 Trinity Rd., Suite 201,
              Cordova, TN 38018-7732
31441723    +Goodman Painting, LLC,   Attn: Joey Goodman,   11070 Sullivan Rd.,   Hernando, MS 38632-4274
31441724    +Graham's Lighting,   PO Box 40976,   Memphis, TN 38174-0976
31441725    +Grand Central,   7384 Raleigh LaGrange,   Cordova, TN 38018-6222
31441726    +Grove Investments,   Attn: Mary Monteith,   6928 Cobblestone Blvd., Suite 100,
              Southaven, MS 38672-8302
31441727    +Hensley Heating & Air Conditioning Co.,   3761 Getwell Cove,   Memphis, TN 38118-5909
31441728    +Herbi-Systems, Inc.,   7551 Bartlett Corp. Cove E.,   Bartlett, TN 38133-3963
31441729    +Independent Bank,   5050 Poplar Avenu,   Suite 112,   Memphis, TN 38157-0112
31441731    +J Cooper Moving, Inc.,   5161 Wilfong Road,   Memphis, TN 38134-5611
31441732    +James L. Holt, Esq.,   262 German Oaks Drive,   Cordova, TN 38018-4799
31441733    +James Staten, Jr.,   596 S. Rembert St.,   Memphis, TN 38104-5219
31441734    +Jason A. Umstead,   1830 Clay Pond Drive,   Oakland, TN 38060-4806
31441736    +Jerri L. Gorman,   3224 Patricia Cove,   Bartlett, TN 38133-3800
31441737    +Jesus Trejo Ortiz,   1042 Woodland Ridge,   Cordova, TN 38018-3601
31441738    +Jose Parra,   3999 Print Avenue,   Memphis, TN 38108-2739
31441740    +LawsCon, LLC,   Attn: Todd Lawson,   PO Box 268,   Arlington, TN 38002-0268
31441741    +Leader Construction Services,   Attn: Robert Butler,   7990 Trinity Road, Suite 202,
              Cordova, TN 38018-7732
31441742    +Leader Realty,   7990 Trinity Rd., Suite 202,   Cordova, TN 38018-7732
31441743    +Loeb Properties, Inc.,   PO Box 171247,   Memphis, TN 38187-1247
31441744    +M. Reed Martz, Esq.,   405 Galleria Lane,   PO Box 2249,   Oxford, MS 38655-7249
31441753     MLGW,   PO Box 388,   Memphis, TN 38145-0388
31441745    +Malone Plumbing, Inc.,   Attn: Jackie/Sherry Malone,   PO Box 794,   Olive Branch, MS 38654-0794
31441747    +Memphis Area Homebuilders Assoc.,   7990 Trinity Road, #110,   Cordova, TN 38018-7732
31441748     Metalaire Louver,   PO Box 17314,   Memphis, TN 38101-0314
31441749    +Michael Jones,   7990 Trinity Rd., Suite 202,   Cordova, TN 38018-7732
```

```
District/off: 0651-2           User: cindy                 Page 2 of 3                 Date Rcvd: Apr 25, 2014
                               Form ID: 7moccpna           Total Noticed: 109

31441750      Michael Lacy,    9204 Laurel Hill West,    Olive Branch, MS 38654
31441751     +Mid-South Poly tub,    9137 Cinderhill Cove E.,    Cordova, TN 38016-3520
31441752     +Millington Floor Covering,    9040 Highway 51 N.,    Millington, TN 38053-4512
31441754     +NexAir,    PO Box 125,    Memphis, TN 38101-0125
31441755     +North Central Electric,    PO Box 405,    Byhalia, MS 38611-0405
31441756     +Novatech,    6870 Hillshire Drive, Suite 19,    Memphis, TN 38133-7070
31441757     +Olive Branch Carpet, LLC,    4857 Goodman Rd.,    Olive Branch, MS 38654-7914
31441758     +Patrick Coats,    6243 Brightwood Cove,    Memphis, TN 38134-7407
31441759     +Powell Hardware Sales,    8869 Oak Hedge Cove,    Cordova, TN 38018-6957
31441760     +Regency Homebuilders, LLC,    Attn: Sean Carlson,    1364 Cordova Cove,    Germantown, TN 38138-2200
31441761     +Roetker Construction,    Attn: Mike Roetker,    129 Kathy Circle,    Collierville, TN 38017-7603
31441762    #+Ruben Costilla,    741 Avon Row,    Memphis, TN 38122-4717
31441763     +SafetyQuip,    4950 Getwell,    Memphis, TN 38118-7722
31441764     +Sandman, Inc.,    7700 Parkland,    Millington, TN 38053-5131
31441765     +Scspiels, LLC dba,    Budget Blinds of Memphis,    4553 Seedtick Road,    Lakeland, TN 38002-7930
31441766     #Seterus,    PO Box 7162,    Pasadena, CA 91109-7162
31441768      Sherwin Williams Co.,    7845 Trinity Rd., Suite 107,    Cordova, TN 38018-2272
31441769     +Shroyer Engineering Co., Inc.,    Attn: Ted Shroyer,    PO Box 171205,    Memphis, TN 38187-1205
31441770     +Siano Appliance Dist.,    5372 Pleasant View Rd.,    Memphis, TN 38134-6414
31441771     +Smith's Plumbing Service,    PO Box 423,    Atoka, TN 38004-0423
31441772     +Southern Energy Solution,    PO Box 3001,    Collierville, TN 38027-3001
31441773     +Stacy Edgeworth,    10751 Whisper Sage Drive,    Collierville, TN 38017-8508
31441774     +Sullivan Associates,    Attn: Ricky Parker,    251 Germantown Bend Cove,    Cordova, TN 38018-7238
31441775     +Tenn. Dept. of Labor and Workforce,    Employer Accounts,    220 French Landing Drive,
                Nashville, TN 37243-1002
31441776     +Thomas W. King, III,    PO Box 1742,    Olive Branch, MS 38654-0975
31441777     +Thrifty Building Supply,    PO Box 1883,    Collierville, TN 38027-1883
31441778     +Tommy Zarta,    6386 Summer Gale,    Memphis, TN 38134-6736
31441779     +Traditional Plumbing, Co.,    8227 Hwy. 70,    Arlington, TN 38002-7941
31441780     +Universal Interiors,    147 Fields Rd.,    Byhalia, MS 38611-8822
31441781     +Walls Water Assoc.,    6200 Goodman Rd.West,    Walls, MS 38680-8865
31441782     +Watkins Quality Con., Inc.,    PO Box 96,    Moscow, TN 38057-0096
31441783     +Window Solutions dba,    Budget Blinds of DeSoto,    7300 Wind Park Drive E.,
                Olive Branch, MS 38654-6990
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: egdouglass@bellsouth.net Apr 25 2014 23:26:00      Eugene G. Douglass,
                2820 Summer Oaks Drive,    Bartlett, TN  38134
tr           +EDI: QELMONTEDONICO.COM Apr 25 2014 23:13:00      Edward L. Montedonico,
                200 Jefferson, Suite 201,    Memphis, TN 38103-2381
ust          +E-mail/Text: ustpregion08.me.ecf@usdoj.gov Apr 25 2014 23:27:10      U.S. Trustee,
                Office of the U.S. Trustee,    One Memphis Place,    200 Jefferson Avenue, Suite 400,
                Memphis, TN 38103-2383
31441687     +E-mail/Text: znotice@bankplus.net Apr 25 2014 23:27:29      BankPlus,
                385A Highland Colony Parkway, Suite 110,    Ridgeland, MS 39157-6040
31441701      E-mail/Text: bklaw2@centurylink.com Apr 25 2014 23:27:02      Century Link,    PO Box 4300,
                Carol Stream, IL 60197-4300
31441705      E-mail/Text: delwanda_byrd@cable.comcast.com Apr 25 2014 23:27:24      Comcast,    PO Box 105184,
                Atlanta, GA 30348-5184
31441718      E-mail/Text: credit7@entergy.com Apr 25 2014 23:26:01      Entergy,    PO Box 8105,
                Baton Rouge, LA 70891-8105
31441767      E-mail/Text: kmcclellan@shelbycountytrustee.com Apr 25 2014 23:26:41       Shelby County Trustee,
                David Lenoir,    PO Box 2751,    Memphis, TN 38101-2751
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
31441735      Jere Bowden
31441709    ##+Crown Construction,    Attn: Pace Pannell,    85 Village Drive,    Oakland, TN 38060-4857
31441730    ##+Iron Ware Technologies,    1900 Grant Street, Suite 600,    Denver, CO 80203-4309
31441739    ##+Laurie Shropshire,    1320 Poplar Estates Pkwy.,    Germantown, TN 38138-1538
31441746    ##+Media Imaging,    5521 Pleasant View, Suite 1,    Bartlett, TN 38134-6562
                                                                                    TOTALS: 1, * 0, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0651-2             User: cindy                 Page 3 of 3              Date Rcvd: Apr 25, 2014
                                 Form ID: 7moccpna           Total Noticed: 109
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2014 at the address(es) listed below:
              Edward L. Montedonico    elmlaw@bellsouth.net, emontedonico@ecf.epiqsystems.com
              Eugene G. Douglass    on behalf of Debtor   Leader Five Star Homes, LLC 63douglassbk@bellsouth.net
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                          TOTAL: 3
```